

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2016

No. 04-16-00082-CV

**URMAN, INC.,**
Appellant

v.

**CENVEO CORPORATION** (Cross-Appellant),
Appellee/Cross Appellant

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2013CVF001606D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

The reporter's record was due on July 15, 2016. On July 25, 2016, Ms. Cynthia M. Perez Lenz, the court reporter responsible for preparing, certifying, and filing the reporter's record in this appeal, filed a Notification of Late Reporter's Record stating the reporter's record is complete but has not been filed because the balance of payment due to her has not been paid by either party.

It is therefore ORDERED that appellant provide written proof to this court <u>no later than August 5, 2016</u> that the reporter's fee has been paid in full or arrangements have been made to pay the reporter's fee in full. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

It is so **ORDERED** July 27, 2016

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court